

Connell Foley LLP
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
973.436.5800
Attorneys for Plaintiff, Ramada Worldwide Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation, | Civil Action No. 17-cv-4302 (ES)(SCM) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| CENTURY-OMAHA LAND, LLC, a South Dakota Limited Liability Company; CENTURY-OMAHA HOSPITALITY, LLC, a South Dakota Limited Liability Company; DON WIESELER, an individual; and JEANNE WIESELER, an individual, Defendants. | |

The matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff, Ramada Worldwide Inc., and defendants, Century-Omaha Land, LLC, Century-Omaha Hospitality, LLC, Don Wieseler, and Jeanne Wieseler (collectively, the "defendants"), it is hereby stipulated and ordered that the Complaint and Counterclaim be and are hereby dismissed without prejudice and without costs as to all parties.

It is further ordered that the stipulated and ordered terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the agreement to enforce its terms.

**Connell Foley LLP**
Attorneys for Plaintiff,
Ramada Worldwide, Inc.

By: _____
Bryan P. Couch

Date: 2/27/18

**Pashman Stein Walder Hayden**
Attorneys for Defendants,
Century-Omaha Land, LLC,
Century-Omaha Hospitality, LLC,
Don Wieseler, and Jeanne Wieseler

By: _____
James W. Boyan, III

Date:

So ordered on this 28th day of February, 2018.

_____
HON. ESTHER SALAS, U.S.D.J.

4377505-1